# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-752

_____

PERCY ALLEN STUCKS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 21, 2020

PER CURIAM.

Percy Allen Stucks has filed a pro se petition for writ of prohibition seeking review of the trial court's "Order Denying Defendant's Motion to Dismiss Pursuant to Florida Statutes 776.032 Justifiable Use of Force 'Stand Your Ground.'" In case number 1D18-1460, this Court dismissed an identical petition as unauthorized pursuant to *Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that, generally, a criminal defendant has no right to partially represent himself and, at the same time, be partially represented by counsel). When Stucks filed an original petition for writ of prohibition directly in the Florida Supreme Court, the supreme court likewise dismissed his case based on *Logan. Stucks v. State*, No. SC19-2067, 2020 WL 639398 (Fla. Feb. 11, 2020).

Nothing in the current record has changed in regard to Stucks' pro se petition. Stucks still retains counsel below to represent him in his criminal case; nothing in his petition indicates he sought, or would be seeking, to discharge counsel in that proceeding as required by *Logan*. 846 So. 2d at 474. Therefore, in light of the decisions from this Court and our supreme court, we dismiss the petition with prejudice as being barred by the doctrine of res judicata. *See Fla. Dep't of Transp. v. Juliano*, 801 So. 2d 101 (Fla. 2001); *Hyland v. Inch*, 291 So. 3d 1024 (Fla. 1st DCA 2020).

DISMISSED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

Percy Allen Stucks, pro se, Petitioner.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Respondent.